No. 106. LUCKY TIGER COMBINATION GOLD MINING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit

Court of Appeals for the Eighth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson* and *James W. Morris* for respondent.